■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS ESPINAL, Appellant. [715 NYS2d 906] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered June 17, 1997, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

" '[W]here the plea allocution demonstrates a knowing, voluntary and intelligent waiver of the right to appeal, intended comprehensively to cover all aspects of the case, and no constitutional or statutory mandate or public policy concern prohibits its acceptance, the waiver will be upheld completely' " (*People v Kemp,* 94 NY2d 831, 833; *see, People v Muniz,* 91 NY2d 570, 575). Here, the defendant's waiver of his right to appeal as part of the plea agreement encompassed the denial of his motion to dismiss the indictment based on an unreasonable delay in sentencing (*see, People v Jones,* 255 AD2d 456).

In light of our determination, we do not reach the defendant's remaining contention. Bracken, J. P., Santucci, Thompson and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHAEL FARRELL, Respondent. [715 NYS2d 901] —Appeal by the People from an order of the County Court, Nassau County (La-Pera, J.), dated January 7, 2000, which, after a hearing, granted that branch of the defendant's omnibus motion which was to controvert a search warrant and suppress evidence seized thereunder.

Ordered that the order is affirmed.

The hearing court properly granted that branch of the defendant's motion which was to controvert a search warrant and suppress the physical evidence seized thereunder. The information in the warrant application, which was lawfully acquired, was insufficient to establish probable cause for the search (*see, Franks v Delaware,* 438 US 154; *cf., People v Arnau,* 58 NY2d 27; *People v Aguirre,* 220 AD2d 438; *People v Vonderhyde,* 114 AD2d 479). Ritter, J. P., H. Miller, Feuerstein and Smith, JJ., concur.